## Tarrant & Company v. Merchants National Bank.

1. FORMER DECISIONS—*Approved and Followed.*—The facts of this case are practically the same as those recited in Gilliam v. Merchants National Bank, page 592, this volume, and the judgment is affirmed for the reasons set forth in the opinion filed in that case.

**Transcript,** from a justice of the peace. Appeal from the Circuit Court of Peoria County; the Hon. NICHOLAS E. WORTHINGTON, Judge, presiding. Heard in this court at the December term, 1896. Affirmed. Opinion filed June 26, 1897.

GEORGE T. GILLIAM, attorney for appellant.

WINSLOW EVANS, attorney for appellee.

MR. PRESIDING JUSTICE HARKER DELIVERED THE OPINION OF THE COURT.

This is a suit on a check for $87.65 drawn by the Singer

& Wheeler corporation on appellee in favor of appellant and presented for payment on the 3d and 15th days of January, 1896. There was a finding and judgment in favor of appellee.

The facts are practically the same as those recited in George T. Gilliam v. Merchants National Bank, *supra,* and we affirm the judgment for the reasons set forth in the opinion filed in that case.